**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Midtronics, Inc., et al.
                                        Plaintiff,

v.                                                            Case No.: 1:06−cv−01685
                                                              Honorable George W. Lindberg

World Energy Labs, Inc.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 31, 2007:

    MINUTE entry before Judge George W. Lindberg :Plaintiff's Motion for protective order [47] is granted. Plaintiff's motion to compel and for default judgment [49] is granted in part. Status hearing held on 1/31/2007 and continued to 2/20/2007 at 09:45 AM.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.